# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Product Data Integration Technologies, Inc. | ) ASBCA Nos. 63683, 63692, 63693 |
|   d/b/a Modulant | )           63694 |
| | ) |
| Under Contract No. N00178-15-D-8374 | ) |
|        T.O. N65236-17-F-3098 | ) |

APPEARANCES FOR THE APPELLANT:      Jason W. Moy, Esq.
                                           John J. O'Brien, Esq.
                                             Cordatis LLP
                                           Arlington, VA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                           Navy Chief Trial Attorney
                                           Stephanie Beaty, Esq.
                                           Harold W. Askins, Esq.
                                           Trial Attorneys
                                           Hanahan, SC

## ORDER OF DISMISSAL

The appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: May 8, 2024

                                                 _____
                                                 JOHN J. THRASHER
                                                 Administrative Judge
                                                 Chairman
                                                 Armed Services Board
                                                 of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63683, 63692, 63693, 63694, Appeals of Product Data Integration Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:  May 8, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals